5728.   NATIONAL BANK OF TIFTON *v.* BROWN *et al.*

WADE, J.  The judgment overruling a demurrer to the defendant's answer was a mere interlocutory ruling, and, if the decision of the court had been rendered as the losing party claimed it should have been, it would not have resulted in a final disposition of the cause. For this reason the bill of exceptions is premature, and must be dismissed. Civil Code, § 6138; *Case Threshing Machine Co.* v. *Hodges*, 9 *Ga. App.* 722 (73 S. E. 189), and cases there cited; *Hyland Chemical Co.* v. *Goddard*, 10 *Ga. App.* 13 (72 S. E. 515).

*The writ of error is dismissed. Roan, J., absent.*
DECIDED AUGUST 22, 1914.

Motion to dismiss writ of error.

*W. R. Smith*, for plaintiff.   *Lovett & Murray*, for defendants.